1050

[Nos. 25394-1-II; 25424-7-II.  Division Two.  June 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK K. HAWKES, *Appellant*.

Appeals from judgments of the Superior Court for Mason County, Nos. 99-1-00281-4 and 99-1-00300-4, Toni A. Sheldon, J., entered November 4, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 25401-8-II.  Division Two.  June 22, 2001.]

CASCADE TIMBER COMPANY, *Appellant*, v. CHARTER TITLE INSURANCE CORPORATION, *Defendant*, DAVID L. BRAUN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02624-7, Leonard W. Costello, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Williams, J. Pro Tem.

[No. 25458-1-II.  Division Two.  June 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01123-4, Terry K. McCluskey, J., entered January 3, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.